UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL** 'O'

| Case No. | 2:14-cv-09399-CAS(AGRx) | Date | April 14, 2015 |
|---|---|---|---|
| Title | KIRBY L. VELASCO v. THE DRESS BARN, INC. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers)** ORDER DENYING REQUESTS TO CROSS-EXAMINE WITNESSES AT CLASS CERTIFICATION MOTION HEARING

  Plaintiff's motion to certify a class in this action is currently pending before this Court, and will be heard on April 20, 2015. Dkt. No. 13. On March 9, 2015, defendant filed a notice requesting that it be permitted to cross-examine plaintiff Kirby L. Velasco at that hearing. Dkt. No. 27. On March 23, 2015, plaintiff filed requests to cross-examine at the hearing Sharon Richner and Jack Cappello, who executed declarations filed in support of defendant's opposition to the class certification motion. Dkt. Nos. 29, 30. On April 9, 2015, defendant objected to plaintiff's requests to cross-examine Richner and Cappello. Dkt. No. 36.

  "An evidentiary hearing on class certification is not required." Tait v. BSH Home Appliances Corp., 289 F.R.D. 466, 492 (C.D. Cal. 2012) (citing Bouman v. Block, 940 F.2d 1211, 1232 (9th Cir. 1990)). Indeed, a district court "need resort to an evidentiary hearing . . . only where the record itself is insufficient to make the determination" on a motion for class certification. Stolz v. United Bhd. of Carpenters & Joiners of Am., 620 F. Supp. 396, 402 (D. Nev. 1985). "District courts have broad discretion to control the class certification process." Vinole v. Countrywide Home Loans, Inc., 571 F.3d 935, 942 (9th Cir. 2009).

  Here, neither party has provided any reason why an evidentiary hearing is needed, and both parties have submitted declarations and exhibits that give the Court a sufficient record on which to decide the pending motion. In addition, with regard to the witnesses plaintiff wishes to cross-examine, defendant's objections that Richner and Cappello are beyond the subpoena power of the Court and are not reasonably available for the hearing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**      'O'

| Case No. | 2:14-cv-09399-CAS(AGRx) | Date | April 14, 2015 |
|---|---|---|---|
| Title | KIRBY L. VELASCO v. THE DRESS BARN, INC. | | |

are well taken. For these reasons, the Court **DENIES** all requests to cross-examine witnesses at the April 20 hearing on plaintiff's motion for class certification.

    IT IS SO ORDERED.

                                                                                                                        00 : 00

                                                                           Initials of Preparer                     CMJ